In the Matter of the Claim of BIRL BALL, Respondent, against OCEAN DISTRIBUTORS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer and carrier from an award of the State Industrial Board made on the 11th day of August, 1936. The claim upon which the award was made was controverted by the appellants on the questions of wage rate, disability, accident and causal relation. The employer was engaged in the business of distributing beer and claimant was engaged as chauffeur on a delivery truck. On September 13, 1934, while lifting a barrel of beer he strained his abdominal region and as a result he was caused to suffer from an inguinal hernia. He was treated by the employer's doctor and was furnished with a truss. He was ordinarily accompanied by his helper but this day was doing the work alone. The award is amply supported by the evidence in the record. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of FRANK FUNICELLO, Respondent, against CHAIN BUILDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and insurance carrier have appealed from an award in claimant's favor. The sole question presented for review is whether or not the accident arose out of and in the course of the employment. Claimant was employed as a watchman by the employer and the Industrial Board found that on the 13th day of December, 1934, while he was engaged in his regular occupation and while guarding the premises of his employer he was attacked and assaulted by unknown persons and sustained the injuries in question. The evidence sustains the finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Mrs. ALICE E. DRUM, Respondent, against Mrs. H. C. STEBBINS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decedent was engaged in operating a power-driven lawn-mower. The mechanism would drive it forward but not in reverse. The machine, weighing approximately 300 pounds, became mired in a swampy part of the lawn. In withdrawing the machine from the mire decedent ruptured internal blood vessels; an operation followed. He died from the effects of the rupture and the operation. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.